## Commonwealth *v.* McGeary, Appellant.

Argued November 17, 1972. *Samuel J. Reich*, with him *Cooper, Schwartz, Diamond & Reich*,

for appellant; *John G. Alford,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.